UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HARRISON

V.

SENKOWSKI

Case # CV-00-6830
USCA :06-4775

Related Case:
JUDGE:WEINSTEIN
DATE:11/2/06

-------------------------------------------------------x

### FIRST SUPPLEMENTAL RECORD

Index Prepared By:   MARY ANN MCGEE

Address:             EASTERN DISTRICT OF
                     NEW YORK

Telephone No.:       (718) 613-2310

The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.

| | | |
|---|---|---|
| 05/16/2001 | 20 | JUDGMENT ordering and adjudging that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and, that a Certificate of Appealability is denied. (Signed and Noted by the Clerk of the Court, on 5/16/01)C/M. , (Dobkin, David) (Entered: 05/16/2001) |
| 05/16/2001 | | **Address labels only (Dobkin, David) (Entered: 05/16/2001) |
| 05/16/2001 | | **Address labels only (Dobkin, David) (Entered: 05/16/2001) |
| 05/16/2001 | | **Address labels only (Dobkin, David) (Entered: 05/16/2001) |
| 05/17/2001 | 21 | NOTICE OF APPEAL by Tony Harrison [20-1] judgment order. IFP granted ; Certificate of Appealability denied. Service made by Clerk. (Vasquez, Liz) (Entered: 05/18/2001) |
| 05/21/2001 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [21-1] appeal. This record consists of doc# 1-21. NOTE: STATE COURT RECORD INCLUDED. Acknowledgment requested. (Vasquez, Liz) (Entered: 05/21/2001) |
| 05/23/2001 | 23 | ORDER denying [22-1] motion for appointment of counsel absent a showing of possible merit, with leave to renew. (signed by Judge Jack B. Weinstein, on 04.16.01) Copies mailed by Chambers. Galeano, Sonia Modified on 05/25/2001 (Entered: 05/25/2001) |
| 05/24/2001 | 22 | MOTION by Tony Harrison for appointment of counsel . No Motion hearing set for [22-1] motion . Galeano, Sonia (Entered: 05/24/2001) |
| 06/06/2001 | 24 | Acknowledgment from USCA received re: [21-1] appeal. Signed by FP. (Gonzalez, Mary) (Entered: 06/06/2001) |
| 12/06/2001 | | Case closed as per document # 20. (Barrett, Charryse) (Entered: 12/06/2001) |
| 04/19/2002 | 25 | TRANSCRIPT filed for [18-1] Motion before Judge Weinstein on 4/27/01 at 9:00am taken by Court Reporter Henry Shapiro. (Jackson, Joshua) (Entered: 04/19/2002) |
| 04/19/2002 | | Certified and transmitted the first supplemental INDEX on appeal consisting of document 25 only, the clerk's certificate, a certified copy of our docket sheet, and document# 25 to the USCA. Acknowledgment requested. (Jackson, Joshua) (Entered: 04/19/2002) |
| 05/01/2002 | 26 | Acknowledgment from USCA received first supplemental index. Receipt signed by (indecipherable) on 4/23/02. USCA#01-2304. (McGee, Maryann) (Entered: 05/02/2002) |
| 02/21/2003 | 27 | MANDATE OF USCA (certified copy) Re: Appellant, pro se, moves for a certificate of appealability. It is ORDERED that the motion is DENIED and the appeal is DISMISSED. The appellant has not made a "substantial showing of the denial of a constitutional right."28 USC 2253(c). Acknowledgment returned to USCA. Judge notified. A copy of this Mandate sent to Chambers. USCA# 01-2304. (McGee, Maryann) |