POLICE LABORATORY
ANALYSIS REPORT

Lab No. _____
File No. _____
Arrest No. _____
Precinct Voucher No. E822735
Docket No. _____

LABORATORY CLASSIFICATION _____ Investigation. _____ DATE ___ 6/13/95

RECEIVED
FROM: P.O. _____ Nardelli, Lisa. _____ 10219 _____ 78
RANK _____ NAME _____ SHIELD NO. _____ COMMAND

ON 3/4/95 _____ THE FOLLOWING ITEMS LISTED BELOW:
DATE

| Laboratory No. | Identifying Marks | EVIDENCE | DEFENDANT(S) |
|---|---|---|---|
| -1550. | sb. | One sealed sexual assault kit: <br> 1) Slides: 2 vaginal, 2 oral, 2 anal. <br> 2) Swabs: 4 vaginal, 2 oral, 2 anal. <br> 3) Dried secretions. <br> 4) One condom. <br> 5) Sealed envelopes labelled saliva, fingernail scrapings. | |

RESULTS OF EXAMINATION OR ANALYSIS:

The slides and the swabs, the dried secretions tested negative for the presence of spermatozoa.

The condom tested positive for the presence of spermatozoa.

The remaining evidence was not analyzed.

I hereby certify that the foregoing report is a true and full copy of the original report. False statements made herein are punishable as a Class "A" misdemeanor pursuant to section 210.45 of the Penal Law.

SWORN TO BEFORE ME THIS _____ DAY OF _____

_____ 19 ___

Chemist: Samia Basilious.

RANK _____ RANK _____ SHIELD NO.

CHEMIST/TECHNICIAN - POLICE LABORATORY

Peo. #8
Evid. 1-16-97