```
                      Quigg - Redirect                    235
```

1 no?

2 

3     A    My complete paperwork, yes.

4     Q    So I take it, it was somebody else's

5 paperwork that's not here today?

6     A    It's the evidence desk.

7         MR. CLARKE:  No further questions.

8         MS. SLATER:  Can I have a couple of

9     minutes, Judge?

10        THE COURT:  Sure.

11       ( Brief pause in proceedings )

12 REDIRECT EXAMINATION

13 BY MS. SLATER:

14     Q    Miss Quigg, can you tell us who analyzed the

15 rape kit and the condom?

16     A    A chemist by the name of Sonia Basiles.

17     Q    Does that person still work for the New York

18 City Police Department laboratory?

19     A    No.

20     Q    Were you her direct supervisor?

21     A    Yes.

22     Q    Did you oversee her work?

23     A    Yes.

24     Q    Did you check her reports?

25     A    Yes.

```
                        Quigg - Redirect                    236

 1

 2      Q    Do you have the report here that she prepared

 3   with regard to the rape kit and the condom?

 4      A    Yes.

 5      Q    Was that report made in the ordinary course

 6   of business of the police laboratory?

 7      A    Yes.

 8      Q    Is it the business of the lab to prepare

 9   those reports after doing certain tests?

10      A    Yes.

11      Q    Is one of the duties of a chemist or a

12   serologist to do tests and to prepare that report?

13      A    Yes.

14           MS. SLATER:  I ask that be moved into

15      evidence as People's Eight.

16           MR. CLARKE:  Where is the exhibit?

17           THE COURT:  Show it to him, please.

18           MS. SLATER:  He has a copy.

19           MR. CLARKE:  I want to see the piece of

20      paper.

21           MS. SLATER:  Surely.

22           ( Exhibit handed to counsel )

23           MR. CLARKE:  No objection.

24           THE COURT:  Without objection.

25           ( So marked )
```

```
                        Quigg - Recross                    238
```

2   serologist to personally hand the property to someone
3   who picks it up to be sent to a lab?
4       A    No.  If I'm not in the office, it's up to one
5   of my chemists to sign over the property.
6       Q    Is that done on a routine basis?
7       A    Yes, it is.
8            MS. SLATER:  I have nothing further.
9   RECROSS EXAMINATION
10  BY MR. CLARKE:
11      Q    You talked about one of the employees you
12  supervised testing the condom for sperm and finding it
13  positive that there was sperm with the condom, right?
14      A    Yes.
15      Q    Where was the sperm?
16      A    I have no idea.
17      Q    So it could have been inside the condom?
18      A    Yes.
19      Q    It could have been outside the condom?
20      A    Yes.
21           MR. CLARKE:  No further questions.
22           MS. SLATER:  Nothing further.
23           THE COURT:  You may step down.
24           Thank you.
25           ( Witness withdrew  )