Tony Harrison #97-A-1999
Auburn Correctional Facility
P.O. Box 618
Auburn, N.Y. 13204

— Urgent Legal Mail —

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2011 ★
BROOKLYN OFFICE

Chambers Of The Honorable
Mr. Jack B. Weinstein
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201






Tony Harrison #9M-A-1299
Auburn Correctional Facility
P.O. Box 618
Auburn, N.Y. 13204

— URGENT LEGAL MAIL —